# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 25-7104

**Case Name** Freedom From Religion Foundation, et al. v. Chino Valley Unified School District Board of Education, et al.

Hearing Location (*city*) Pasadena

Your Name Matthew J. Murray

List the sitting dates for the two sitting months you were asked to review:

Feb. 1-5
Feb. 8-12
Mar. 15-19

Do you have an irreconcilable conflict on any of the above dates? ○ Yes ● No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

● Yes ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

25-5326
Krieger, et al. v. Banks, et al.
Pasadena

**Signature** s/ Matthew J. Murray **Date** 10/14/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*